Date of Arrest: 09/26

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, Vs. Ruben Arturo PINOT-Banegas AKA: Ruben Arturo PINON-Banegas 094957733 YOB: 1987 Citizen of: Honduras Defendant | Magistrate Case No. 16-1763MJ COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a) Re-Entry After Deport |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about September 26, 2016, Defendant Ruben Arturo PINOT-Banegas, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Honduras through the port of New Orleans, Louisiana on or about October 2, 2015. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*approved AUSA John Ballos*

for _____
Signature of Complainant
Daniel Chavez
Border Patrol Agent

Sworn to before me and subscribed in my presence,

___September 28, 2016___   at   ___Yuma, Arizona___
Date                              City and State

James F Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer        Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Ruben Arturo PINOT-Banegas
AKA: Ruben Arturo PINON-Banegas
0949 5 7733

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about September 26, 2016, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Honduras, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near El Paso, Texas on or about December 4, 2007. The Defendant was most recently removed on or about October 2, 2015, through the port of New Orleans, Louisiana.

Agents determined that on or about September 25, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence.

_September 28, 2016_
Date

_____
Signature of Judicial Officer